**RECEIVED**
APR 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
APR 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA

Plaintiff(s),

v.

BLACK POINT SHIPPING S.p.A.,

Defendant(s).

CASE NO. CR07-00183-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael G. Chalos, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Chalos, O'Connor & Duffy
366 Main Street, Port Washington, New York 11050
Tel. No. (516) 767-3600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 20, 2007

United States ~~District~~ Magistrate Judge

cc: WDB's Stats, Lisa Clark